IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP JENSEN, #QN6572,** | : | |
| Plaintiff | : | No. 1:24-cv-01092 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| | : | |
| **PENNSYLVANIA BOARD OF** | : | |
| **LAW EXAMINERS, et al.,** | : | |
| Defendants | : | |

## ORDER

Before the Court in the above-captioned action is the August 13, 2024 Report and Recommendation of then-Chief Magistrate Judge Saporito (Doc. No. 10), recommending that the Court dismiss this action for failure to pay the requisite filing and administrative fees. No timely objections to the Report and Recommendation have been filed.

**ACCORDINGLY**, on this 4th day of September 2024, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation (Doc. No. 10) of then-Chief Magistrate Judge Saporito;

2. This action is **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                       s/ Yvette Kane
                                                    Yvette Kane, District Judge
                                                    United States District Court
                                                    Middle District of Pennsylvania